The Hon. Judge Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SAMIR T. PATEL,<br><br>                              Plaintiff,<br><br>v.<br><br>DARRON M. HAY,<br><br>                              Defendant. | No.  2:20-cv-00019-RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ENTRY OF JUDGMENT AGAINST DEFENDANT**<br><br>**Noting Date: May 29, 2020** |

## I.    ORDER

This matter having come before the Court on Plaintiff's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56, and the Court having considered the same along with following:

1. The Declaration of Samir T. Patel in support of the Motion, and the exhibit attached thereto;

2. The Declaration of Counsel Joshua Schaer in support of the Motion;

3. The Verified Complaint (Dkt. No. 1) and Defendant's Answer thereto (Dkt. No. 13); and

4. Any response and/or reply briefing submitted by the parties;

The Court being fully advised of the issues presented herein, and there being no genuine issue of material disputed fact precluding judgment as a matter of law; the Court finds as follows:

**OSERAN HAHN P.S.**
**929 108th Ave NE #1200**
**Bellevue WA 98004**
**Phone:  (425) 455-3900**
**Facsimile:  (425) 455-9201**

Defendant Hay is in default pursuant to the terms of a promissory note dated February 12, 2015 ("Note") evidencing a debt owed to Plaintiff.  The Note has been accelerated and is due in full.

The unpaid balance under said Note as of March 12, 2020, is $137,600.00, which includes a principal amount due of $87,000.00 with an agreed offset reduction of $10,000.00, interest accrued in the amount of $52,200.00, and late charges of $8,400.00.

As set forth in the Note, Plaintiff shall also be entitled to add and recover reasonable attorneys' fees and costs in the amount of $4,250.00.

Judgment shall therefore be entered against Defendant Hay for a total amount of $141,850.00 as of March 12, 2020, plus interest at the contractual rate of twelve (12) percent per annum accruing post-judgment.

Now therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall receive summary judgment on the claim raised in Plaintiff's Complaint.  Consequently, a judgment shall be entered in favor of Plaintiff against Defendant as stated herein.

//
//
//
//
//
//
//
//
//
//
//

ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:20-cv-00019-RSM - 2

OSERAN HAHN P.S.
929 108th Ave NE #1200
Bellevue WA 98004
Phone:  (425) 455-3900
Facsimile:  (425) 455-9201

## II.    JUDGMENT SUMMARY

1.  JUDGMENT CREDITOR:                         **Samir T. Patel**

2.  JUDGMENT DEBTOR(S):                        **Darron M. Hay**

3.  JUDGMENT AMOUNT:                           $141,850.00 as of March 12, 2020,
                                               including principal, late charges, and interest
                                               accrued until the date of judgment, and
                                               reasonable attorneys' fees and costs

4.  JUDGMENT WILL BEAR INTEREST AT:            12%

5.  ATTORNEY FOR JUDGMENT CREDITOR:            Oseran Hahn P.S. c/o Joshua S. Schaer

6.  ATTORNEY FOR JUDGMENT DEBTOR(S):           None

**ORDERED this 3rd day of August, 2020.**

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
**OSERAN HAHN P.S.**

By: */s/ Joshua S. Schaer*_____
JOSHUA SCHAER, WSBA #31491
Attorneys for Plaintiff Samir T. Patel